UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAIJUN KANE LIM,

                              Plaintiff,                              **24 Civ. 7399 (GS)**

             -against-

                                                                        **VIDEO STATUS
CONFERENCE ORDER**

JONATHAN KOON, BECAUSE LIFE
IS NOT GUARANTEED, INC., and
NUMBER 8IGHT BRAND LIMITED,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on Friday, October 17, 2025 **at 2:00 p.m.** to discuss the next steps in this case in light of the Court's September 30, 2025 Order and Opinion ruling on Defendants' respective motions to dismiss (Dkt. No. 40; *see* Dkt. Nos. 20, 23). The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [235 615 534 531 9] Passcode: [r7rA3p3J]**

       SO ORDERED.

DATED:       New York, New York
                   October 8, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge